## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Brad Bauman**

    Plaintiff(s),

VS.

**Edward Butowsy, et al**

    Defendant(s).

Attorney: Gregory Y. Porter & Michael L. Murphy

Bailey & Glasser, LLP
1054 31st St., NW, #230
Washington DC 20007

*229477*

**Case Number: 1:18-CV-1191 (EGS)**

Legal documents received by Same Day Process Service, Inc. on **05/24/2018** at **1:24 PM** to be served upon **Edward Butowsky2200 Bradbury CourtPlano TX 75093**

I, **Thomas Climer**, swear and affirm that on **May 25, 2018** at **10:17 AM**, I did the following:

**Substitute** Served **Edward Butowsky** by leaving a conformed copy of this **Summons in a Civil Action; Complaint** at **2200 Bradbury Court , Plano, TX 75093**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Keaton Butowsky**, as **Son & Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 20 Height: 5ft9in-6ft0in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server, over the age of 18 and have no interest in the above legal matter.

#11908
exp 3.31.19

**Thomas Climer**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:229477