# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Brad Bauman**

    Plaintiff(s),

VS.

**Edward Butowsy, et al**

    Defendant(s).

Attorney: Gregory Y. Porter & Michael L. Murphy

Bailey & Glasser, LLP
1054 31st St., NW, #230
Washington DC 20007

*229533*

**Case Number: 1:18-CV-1191 (EGS)**

Legal documents received by Same Day Process Service, Inc. on **05/25/2018 at 12:37 PM** to be served upon **Howard Gary Heavin at 875 CR 324, Gatesville, TX 76528**

I, **Stephen Warren Claude Myers PSC-13285, Exp. 12/31/2019**, swear and affirm that on **May 29, 2018 at 7:14 PM**, I did the following:

**Personally Served Howard Gary Heavin** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Complaint at 875 CR 324, Gatesville, TX 76528.**

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


Stephen Warren Claude Myers PSC-13285, Exp. 12/31/2019
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:229533

