## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Brad Bauman**

      Plaintiff(s),

VS.

**Edward Butowsy, et al**

      Defendant(s).

Attorney: Gregory Y. Porter & Michael L. Murphy

Bailey & Glasser, LLP
1054 31st St., NW, #230
Washington DC 20007

|||||||||||||||||||||||||||
*229479*

**Case Number: 1:18-CV-1191 (EGS)**

Legal documents received by Same Day Process Service, Inc. on **05/24/2018 at 1:29 PM** to be served upon **Matthew Couch at 2300 West Ash Street, Rogers, AR 72758**

I, **Chuck Gay, BPS 2012-1**, swear and affirm that on **May 31, 2018 at 5:00 PM**, I did the following:

**Personally** Served **Matthew Couch** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Complaint at 2300 West Ash Street , Rogers, AR 72758**.

**Description of Person Accepting Service:**
Sex: Male Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Chuck Gay, BPS 2012-1
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID 229479

