## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Brad Bauman**

        Plaintiff(s),

vs.

**Edward Butowsy, et al**

        Defendant(s).

Attorney: Gregory Y. Porter & Michael L. Murphy

Bailey & Glasser, LLP
1054 31st St., NW, #230
Washington DC 20007

*229481*

**Case Number: 1:18-CV-1191 (EGS)**

Legal documents received by Same Day Process Service, Inc. on **05/24/2018** at **1:31 PM** to be served upon **America First Media at 2300 West Ash Street, Rogers, AR 72758**

I, Chuck Gay, BPS 2012-1, swear and affirm that on **May 31, 2018** at **5:00 PM**, I did the following:

Served **America First Media** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Matthew Couch** as Authorized Agent of **America First Media** at **2300 West Ash Street, Rogers, AR 72758**.

**Description of Person Accepting Service:**
Sex: Male Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Chuck Gay, BPS 2012-1
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **229481**

