AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Brad Bauman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-01191-EGS |
| Edward Butowsky, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Howard Gary Heavin.

Date: 06/12/2018

/s/ Andrew M. Grossman
*Attorney's signature*

Andrew M. Grossman (DC Bar No. 985166)
*Printed name and bar number*

Baker & Hostetler LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
*Address*

agrossman@bakerlaw.com
*E-mail address*

(202) 861-1697
*Telephone number*

(202) 861-1783
*FAX number*