UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRAD BAUMAN,

    Plaintiff,

v.

EDWARD BUTOWSKY, et al.,

    Defendants.

No. 1:18-cv-01191-EGS

**Defendant Howard Gary Heavin's Unopposed Motion for Extension of Time
To Respond To Plaintiff's Complaint**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Howard Gary Heavin respectfully requests that the deadline for answering or otherwise responding to the Complaint in this matter be extended by 20 days, to and including July 9, 2018. This is Mr. Heavin's first request for an extension of this deadline and is unopposed by the Plaintiff. In support of this request, Mr. Heavin states as follows:

1. This is a defamation action brought by Plaintiff Brad Bauman, a political spokesman and campaign and crisis communications consultant, against various Defendants including Mr. Heavin, a businessman who publicly commented twice on a controversy involving one of Mr. Bauman's clients.

2. Mr. Heavin was served with the Complaint on May 29, and subsequently retained the undersigned counsel.

3. Mr. Heavin's answer is due on June 19.

4. In light of the number and breadth of the Complaint's 78 pages of allegations, as well as the numerous legal issues they raise, Mr. Heavin requests an extension the deadline for answering or otherwise responding to the Complaint of 20 days, to and including July 9, 2018.

5. Counsel for Mr. Heavin conferred with counsel for the Plaintiff, and the Plaintiff does not oppose the requested extension.

6. This request is timely because it is filed more than three business days prior to the deadline at issue.

**Conclusion**

For the foregoing reasons, Mr. Heavin respectfully requests that the Court grant this unopposed motion for an extension of time to and including July 9, 2018, to serve an answer or otherwise respond to the Complaint.

Dated: June 12, 2018                                    Respectfully submitted,

 /s/ Andrew M. Grossman
MARK I. BAILEN (D.C. Bar No. 459623)
ANDREW M. GROSSMAN (D.C. Bar No. 985166)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1697
mbailen@bakerlaw.com
agrossman@bakerlaw.com

*Counsel for Defendant Howard Gary Heavin*

## Certificate of Service

I hereby certify that on June 12, 2018, I electronically filed the foregoing Motion with the Clerk of the Court by using the Court's ECF system. All counsel of record were served by the Court's ECF system.

 /s/ Andrew M. Grossman
Andrew M. Grossman