**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRAD BAUMAN,** | |
| Plaintiff, | Case No.  1:18-CV-1191 (EGS) |
| v. | |
| **EDWARD BUTOWSKY, et al.,** | |
| Defendants. | |

# PLAINTIFF'S NOTICE OF SERVICE OF THE COURT'S STANDING ORDER GOVERNING CIVIL CASES BEFORE JUDGE EMMET G. SULLIVAN

Pursuant to paragraph 2 of the Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan, Plaintiff Brad Bauman hereby gives notice that he has provided a copy of Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan ECF #3 and has served a copy of the same via certified mail on the following Defendants:

Edward Butowsky – Delivered 6/5/18
2200 Bradbury Court
Plano, Texas
Certified Mail Number - 70151730000108119347

Matthew Couch – Delivered 6/4/18
2300 West Ash Street
Rogers, Arkansas 72758
Certified Mail Number - 70151730000108119965

America First Media – Delivered 6/4/18
2300 West Ash Street
Rogers, Arkansas 72758
Certified Mail Number - 70151730000108119989

Howard Gary Heavin – Delivered 6/5/18
875 CR 324
Gatesville, Texas 76528
Certified Mail Number - 70151730000108119972

Plaintiff served the Standing Order directly on Defendants because at the time it was served no counsel had entered an appearance on their behalf.

| | |
|---|---|
| Dated:  June 13, 2018 | **BAILEY & GLASSER LLP** |

/s/ *Gregory Y. Porter*
Gregory Y. Porter (DC 458603)
Michael L. Murphy (DC 480163)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
mmurphy@baileyglasser.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2018, the foregoing Plaintiff's Notice of Service was filed via the Court's ECF System. Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

                                       /s/ *Gregory Y. Porter*
                                       Gregory Y. Porter