# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRAD BAUMAN

        Plaintiff          Civil No.      18-1191 (RJL)

vs.

                              Category     B

EDWARD BUTOWSKY, ET AL.

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 6/19/2018 from Judge Emmet G. Sullivan to Judge Richard J. Leon by direction of the Calendar Committee.

(Case Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc: Judge Emmet G. Sullivan & Courtroom Deputy
Judge Richard J. Leon & Courtroom Deputy
Liaison, Calendar and Case Management Committee