UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRAD BAUMAN

    Plaintiff,

v.

                                  Civil Action No. 1:18-cv-01191

EDWARD BUTOWSKY
MATTHEW COUCH
AMERICA FIRST MEDIA
HOWARD GARY HEAVIN,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS.

Plaintiff, Brad Bauman ("Mr. Bauman"), by counsel, moves the Court for an extension in which to file responses to Defendants' Motions to Dismiss and in support thereof states as follows.

Defendants Butowsky, Couch, America First Media, and Heavin filed motions to dismiss, respectively, on June 15, 2018, Dkt #12, June 21, 2018,[1] and June 19, 2018, Dkt #14. Plaintiff's counsel conferred with defendants or their respective counsel on seeking an extension to file oppositions to the motions to July 16, 2018. Defendants do not oppose the motion.

Plaintiff has not previously sought an extension of any deadline in this matter.

---

[1] Plaintiff's counsel was served a copy of Defendants Couch's and American First Media's joint motion to dismiss, dated June 21, 2018. It does not appear that these defendants filed their motion with the Clerk of the Court and therefore the motion has not been docketed.

June 27, 2018                    Respectfully submitted,

/s/ Gregory Y. Porter
Gregory Y. Porter (DC 458603)
Michael L. Murphy (DC 480163)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
T: 202.463.2101
F: 202.463.2103
gporter@baileyglasser.com
mmurphy@baileyglasser.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2018, a copy of the foregoing was served using the Court's CM/ECF system upon counsel for all Defendants.

Gregory Y. Porter
Gregory Y. Porter (DC 458603)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRAD BAUMAN

    Plaintiff,

v.                                            Civil Action No. 1:18-cv-01191

EDWARD BUTOWSKY
MATTHEW COUCH
AMERICA FIRST MEDIA
HOWARD GARY HEAVIN,

    Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS.

Plaintiff's Unopposed Motion for an Enlargement of Time to Respond to Defendants' Motions to Dismiss is hereby GRANTED.

Plaintiff's responses to Defendants' Motions to Dismiss shall be filed no later than July 16, 2018.

SO ORDERED.

                                                _____
                                                Judge Richard J. Leon