# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRAD BAUMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **EDWARD BUTOWSKY, et al.**, <br><br> Defendants. | Case No. 1:18-CV-1191 (RJL) |

## NOTICE OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO THE COURT'S JULY 5, 2018 MINUTE ORDER CONCERNING LCvR 5.1(c)

In response to the Court's July 5, 2018 Minute Order, plaintiff Brad Bauman respectfully submits this Notice related to his filing of an amended complaint containing his residential address in compliance with LCvR 5.1(c). *See* Am. Compl., filed July 13, 2018 (ECF No. 18). Counsel represents that the Amended Complaint contains no substantive changes and the attached redline identifies each change that was made in response to the Court's Minute Order.

Dated: July 13, 2018

**BAILEY & GLASSER LLP**

By: /s Gregory Y. Porter
Gregory Y. Porter (DC 458603)
Michael L. Murphy (DC 480163)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
T: 202.463.2101
F: 202.463.2103
gporter@baileyglasser.com
mmurphy@baileyglasser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2018, the foregoing Notice of Plaintiff's Amended Complaint Pursuant to the Court's July 5, 2018 Minute Order Concerning LCvR 5.1(c). was filed via the Court's ECF System.  Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

 /s/ *Gregory Y. Porter*
Gregory Y. Porter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRAD BAUMAN**
~~c/o Bailey Glasser LLP~~801 Pennsylvania Avenue NW
~~1054 31st Street NW, Suite 230~~Apt. 1213
Washington, DC ~~20007~~20004

 **Plaintiff,**

v.

**EDWARD BUTOWSKY**
2200 Bradbury Court
Plano, Texas 75093

**MATTHEW COUCH**
2300 West Ash Street
Rogers, Arkansas 72758

**AMERICA FIRST MEDIA**
2300 West Ash Street
Rogers, Arkansas 72758

**HOWARD GARY HEAVIN**
2030 FM 1829
Gatesville, Texas 76528

 **Defendants.**

Civil Action No. 1:18-cv-———-
01191-RJL
**JURY TRIAL DEMANDED**

## AMENDED COMPLAINT

Plaintiff Brad Bauman alleges as follows:[1]

### I. Nature of the Action

 1. This action arises out of Defendants' unrelenting campaign to defame Brad Bauman, who volunteered to be the Rich family's unpaid spokesman after

---

[1] Plaintiff's allegations herein that are based on plaintiffs' information and belief are based on plaintiff's investigation and belief that substantial evidentiary support will exist after a reasonable opportunity for further investigation and discovery.