**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRAD BAUMAN,** | |
|       Plaintiff, | Case No.  1:18-CV-1191 (RJL) |
| v. | |
| **EDWARD BUTOWSKY, et al.,** | |
|       Defendants. | |

**PLAINTIFF'S NOTICE OF SERVICE OF THE COURT'S**
**CASE MANAGEMENT ORDER DATED JULY 5, 2018**

Pursuant to paragraph 1 of the Case Management Order dated July 5, 2018 of Judge Richard J. Leon, Plaintiff Brad Bauman hereby gives notice that he has provided a copy of the Case Management Order, ECF #17 to Defendants Butowsky and Heavin through their counsel and on Defendants *Pro Se*, Matthew Couch and America First Media, by electronic mail on July 8, 2018.

Dated:  July 13, 2018                                **BAILEY & GLASSER LLP**

/s/ *Gregory Y. Porter*
Gregory Y. Porter (DC 458603)
Michael L. Murphy (DC 480163)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
mmurphy@baileyglasser.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2018, the foregoing Plaintiff's Notice of Service of the Court's Case Management Order Dated July 5, 2018 was filed via the Court's ECF System. Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

    /s/ *Gregory Y. Porter*
Gregory Y. Porter