AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| BRAD BAUMAN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-01191 |
| EDWARD BUTOWSKY, ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRAD BAUMAN

Date:    July 16, 2018

*Attorney's signature*

Ryan Sparacino     DC Bar No. 493700
*Printed name and bar number*

Sparacino & Andreson PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036

*Address*

ryan.sparacino@sparacinopllc.com
*E-mail address*

(202) 629-3530
*Telephone number*

(202) 629-3658
*FAX number*