UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRAD BAUMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY, et al.,<br><br>　　　　Defendants. | No. 1:18-cv-01191-RJL |

**Defendant Howard Gary Heavin's Unopposed Motion for Extension of Time
To File Reply Memorandum in Support of Motion To Dismiss**

　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Howard Gary Heavin respectfully requests that the deadline for filing his reply memorandum in support of his motion to dismiss this action be extended to and including August 6, 2018. This is Mr. Heavin's first request for an extension of this deadline and is unopposed by the Plaintiff and other Defendants. In support of this request, Mr. Heavin states as follows:

　　1.　　This is a defamation action brought by Plaintiff Brad Bauman, a political spokesman and campaign and crisis communications consultant, against various Defendants including Mr. Heavin, a businessman who publicly commented twice on a controversy involving one of Mr. Bauman's clients.

　　2.　　On June 19, 2018, Mr. Heavin filed a motion to dismiss and for attorney's fees, arguing that the Court lacks personal jurisdiction over him, that the challenged statements are not defamatory and do not set forth verifiable factual averments, and that the Complaint fails to plausibly allege actual malice.

　　3.　　In response to Mr. Heavin's 23-page motion memorandum, Mr. Bauman filed 44 pages of argumentation in opposition, as well as 46 pages of exhibits. By operation of Local Civil Rule 7(d), Mr. Heavin's reply memorandum is due on July 23—seven days after service of Mr. Bauman's opposition.

4.	In light of the quantity of issues and arguments raised in Mr. Bauman's opposition, Mr. Heavin requests an extension the deadline for filing his reply of 14 days, to and including August 6, 2018.

5.	The Plaintiff and other Defendants in this matter do not oppose the requested extension.

6.	This request is timely because it is filed more than three business days prior to the deadline at issue.

## Conclusion

For the foregoing reasons, Mr. Heavin respectfully requests that the Court grant this unopposed motion for an extension of time to and including August 6, 2018, to file a reply in support of his motion to dismiss.

Dated: July 18, 2018                                   Respectfully submitted,

                                                                /s/ Andrew M. Grossman
MARK I. BAILEN (D.C. Bar No. 459623)
ANDREW M. GROSSMAN (D.C. Bar No. 985166)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1697
mbailen@bakerlaw.com
agrossman@bakerlaw.com

*Counsel for Defendant Howard Gary Heavin*

**Certificate of Service**

I hereby certify that on July 18, 2018, I electronically filed the foregoing Motion with the Clerk of the Court by using the Court's ECF system. All counsel of record were served by the Court's ECF system.

    /s/ Andrew M. Grossman
Andrew M. Grossman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRAD BAUMAN,<br>      Plaintiff,<br>    v.<br>EDWARD BUTOWSKY, et al.,<br>      Defendants. | No. 1:18-cv-01191-RJL |

**(Proposed) Order**

Upon consideration of Defendant Howard Gary Heavin's unopposed motion for extension of time to file a reply memorandum in support of his motion to dismiss, and for good and sufficient cause, it is hereby:

ORDERED that Defendant Howard Gary Heavin shall have until August 6, 2018, to file his reply memorandum in support of his motion to dismiss.

SO ORDERED this _____ day of July, 2018

                                                                                              _____

                                                                                JUDGE RICHARD J. LEON