UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRAD BAUMAN,**

     Plaintiff,

v.

**EDWARD BUTOWSKY, et al.,**

     Defendants.

Case No. 1:18-CV-1191
Hon. Richard J. Leon

## JOINT STIPULATION CONCERNING FIRST AMENDED COMPLAINT & TREATMENT OF PENDING MOTIONS TO DISMISS

Plaintiff Brad Bauman, defendant Edward Butowsky, defendant Gary Heavin, by counsel hereby, and defendants Matthew Couch and America First Media, *pro se*, hereby respectfully submit the following joint stipulation:

WHEREAS, on May 21, 2018, plaintiff filed his complaint in the above-referenced action; and

WHEREAS, on June 15, 2018, defendant Edward Butowsky filed his motion to dismiss. ECF No. 12; and

WHEREAS, on June 19, 2018, defendant Gary Heavin filed his motion to dismiss. ECF No. 14; and

WHEREAS, on June 21, 2018, defendants Matthew Couch and America First Media served his motion to dismiss and declaration. ECF No. 25, Exs. A-B; and

WHEREAS, on July 13, 2018, plaintiff filed a non-substantive amended complaint with only a ministerial change to conform the caption to comply with LCvR 5.1(c) in response to the Court's July 5, 2018 Minute Order. ECF Nos. 18-19;

and

WHEREAS, on July 16, 2018, plaintiff filed his oppositions to defendants' motion to dismiss. ECF Nos. 22-24 (July 16, 2018); 25 (July 17, 2018); and

WHEREAS, the parties believe it is in the best interests of the parties and for the sake of judicial economy to treat the motions to dismiss as having been in response to the First Amended Complaint since there were no substantive changes to plaintiffs' allegations or claims.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1.      The parties agree to treat defendant's motions to dismiss (ECF Nos. 12, 14, 25 Ex. A) as having been filed in response to the First Amended Complaint (ECF No. 18).


 July 19, 2018                            Respectfully submitted,



                                          */s/ Gregory Y. Porter*
                                          Gregory Y. Porter (D.C. Bar No. 458603)
                                          Michael L. Murphy (D.C. Bar No. 480163)
                                          Bailey Glasser LLP
                                          1054 31st Street, NW, Suite 230
                                          Washington, DC 20007
                                          Tel: (202) 463-2101
                                          Fax: (202) 463-2103
                                          gporter@baileyglasser.com
                                          mmurphy@baileyglasser.com

                                          Ryan R. Sparacino (D.C. Bar No. 493700)
                                          Sparacino & Andreson PLLC
                                          1920 L Street, NW, Suite 535
                                          Washington, D.C. 20036

Tel: (202) 629-3530
Fax: (202) 629-3658
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiff*


*/s/ Kenneth A. Martin*
Kenneth A. Martin
The Martin Law Firm
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Tel: (703) 918-0350
Ken@martin-lawfirm.com

*Counsel for Defendant Edward Butowsky*

*/s/ Matthew Couch*
Matthew Couch, *Pro Se, and as*
America First Media, *Pro Se*
2300 West Ash Street
Rogers, Arkansas 72758
mattcouch@af-mg.com

*Matthew Couch, as his own counsel*
*Matthew Couch as America First Media, as*
*its own counsel*


*/s/ Andrew M. Grossman*
Andrew M. Grossman
Mark I. Bailen
Baker & Hostetler LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1697
agrossman@bakerlaw.com
mbailen@bakerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2018, the foregoing Joint Stipulation

Concerning First Amended Complaint and Treatment of Pending Motions to Dismiss was filed

via the Court's ECF System.  Notice of this filing will be sent in this action by operation of the

Court's electronic system to all counsel of record in the ECF System.


       /s/ *Gregory Y. Porter*
       Gregory Y. Porter