UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRAD BAUMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 18-01191 (RJL) |
| | ) |
| EDWARD BUTOWSKY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**
(March 28, 2019) [Dkt. ## 12, 14]

**FILED**
MAR 29 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Edward Butowsky's motion to dismiss for failure to state a claim, [Dkt. # 12], and defendant Howard Gary Heavin's motion to dismiss for lack of personal jurisdiction, [Dkt. # 14], are **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED** as to those defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge