**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRAD BAUMAN**,<br><br>  Plaintiff,<br>v.<br><br>**MATTHEW COUCH & AMERICA FIRST MEDIA GROUP,**<br><br>  Defendants. | Case No. 1:18-CV-1191<br>Hon. Richard J. Leon |

**PLAINTIFF BRAD BAUMAN'S NOTICE OF
VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brad Bauman, by counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Matthew Couch and America First Media Group. Neither defendant Matthew Couch nor defendant America First Media Group has filed either an answer or a motion for summary judgment.

July 22, 2019

               Respectfully submitted,

               */s/ Michael L. Murphy*
               Gregory Y. Porter (DC 458603)
               Michael L. Murphy (DC 480163)
               Bailey Glasser LLP
               1055 Thomas Jefferson Street, NW
               Suite 540
               Washington, DC 20007
               Tel: (202) 463-2101
               Fax: (202) 463-2103
               gporter@baileyglasser.com
               mmurphy@baileyglasser.com

Ryan R. Sparacino (DC 493700)
Sparacino & Anderson PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
Fax: (202) 629-3658
ryan.sparacino@sparacinopllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2019, the foregoing *Plaintiff Brad Bauman's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)* was filed via the Court's ECF System. Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

                                         /s/ *Michael L. Murphy*
                                         Michael L. Murphy